**EDWARD P. MANGANO**
County Executive



**CARNELL T. FOSKEY**
County Attorney

**RALPH J. REISSMAN**
Deputy County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
**One West Street**
**Mineola, New York 11501-4820**
**TEL. 516-571-3046  FAX 516-571-3058**

November 26, 2017

Via ECF
Hon. Sandra J. Feurstein
United States District Court
100 Federal Plaza
Central Islip, NY  11722

Re:  Peter Schojan v. County of Nassau
16-CV-04790 (SJF)(AYS)

Dear Judge Feurstein:

This office represents defendants, County of Nassau (the "County"), Nassau County Sheriff Michael Sposato and Nassau County Deputy Sheriff Robert Mastropieri in the above-referenced action, in which plaintiff Peter Schojan claims violation of his constitutional Due Process rights in connection with the Nassau County Sheriff's Department's retention of his longarms following the issuance of Nassau County Family Court Order of Protection and/or Temporary Order of Protection.

I am pleased to report to Your Honor that on November 22, 2017 the Nassau County Sheriff's Department returned all of plaintiff's longarms to him at 2:30 p.m.  Therefore, this case is rendered moot, save for an application for attorney's fees, and a possible inquest as to plaintiff's claimed compensatory damages.  These issues may be addressed at the court conference scheduled for December 18, 2018 at 11:15 a.m.

As always, defendants thank Your Honor for your attention in this matter.

Respectfully submitted,

/s/  Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: (via ECF)
La Reddola Lester & Associates, LLP
Attorneys for Plaintiff