| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive |  | **JARED A. KASSCHAU**<br>County Attorney<br><br>**RALPH J. REISSMAN**<br>Deputy County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
TEL. 516-571-3046  FAX 516-571-3058

October 26, 2018

<u>Via ECF</u>
Hon. Sandra J. Feurstein
United States District Court
100 Federal Plaza
Central Islip, NY  11722

Re:  Peter Schojan v. County of Nassau <u>(16-CV-04790) (SJF)(AYS)</u>

Dear Judge Feurstein:

  This office represents defendants, County of Nassau, Nassau County Sheriff Michael Sposato and Nassau County Deputy Sheriff Robert Mastropieri in the above-referenced action, which has been settled by payment of the settlement check on October 17, 2018.  The purpose of this letter is respectfully request that the Show Cause hearing scheduled for November 1, 2018 at 11:15 a.m. be adjourned to December 3, 2018 due to a conflict in my schedule due to long-scheduled depositions in the federal courthouse in Brooklyn on November 1, 2018. Specifically, I will be defending two depositions in the Brooklyn courthouse on November 1, 2018, the first deposition of a Nassau County Detective at 10:00 a.m., and the second deposition, of a Nassau County Assistant District Attorney, at 1:30 p.m. in the case of *Khalid Wisdom v. County of Nassau*, 16-CV-01728 (DRH)(AYS). Therefore, defendants respectfully request that the Show Cause hearing scheduled for November 1, 2018 at 11:15 a.m. be adjourned to December 3, 2018. As always, Nassau County thanks Your Honor you for your attention and consideration in this matter.

             Respectfully submitted,

             /s/  Ralph J. Reissman
             RALPH J. REISSMAN
             Deputy County Attorney

cc: Robert La Reddola, Esq., Attorney for Plaintiff