# LA REDDOLA LESTER
## & ASSOCIATES, LLP
### ATTORNEYS AT LAW

600 Old Country Road, Suite 230, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com

Steven M. Lester
Robert J. La Reddola •

rjl@llalawfirm.com
NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

October 26, 2018

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Schojan v. County of Nassau, et al.*,
              Case No.: 16-CV-04790
              **Update and Notice to Produce County Witness**

Dear Judge Feuerstein:

      We write to report that the settlement funds in this matter have cleared our attorney escrow account. As mentioned in our October 26, 2018 status letter we will be holding these funds in escrow as we have a Show Cause hearing in this matter scheduled for November 1, 2018.

      In regard to this Court's November 1, 2018 Show Cause hearing for contempt, we are serving a Notice to Produce (see attached) upon Deputy Sheriff Robert Mastropieri, the head of the Property Division at the Nassau County Sheriff's Office, who may have relevant information related to the present policy for the return of firearms, which may be of use to Your Honor.

                                            Very truly yours,

                                            Robert J. La Reddola

RJL:jv

Enclosure

Cc:    Ralph Reissman, Esq. (w/encl.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PETER SCHOJAN,

                              Plaintiff,

-against-

NASSAU COUNTY SHERIFF'S
DEPARTMENT, MICHAEL J. SPOSATO,
ROBERT MASTROPIERI and NASSAU COUNTY,

                              Defendants.
------------------------------------------------------------------X

16-CV-4790

**NOTICE TO PRODUCE**

### THE PEOPLE OF THE STATE OF NEW YORK

To:    Robert Mastropieri
         Nassau County Sheriff's Department
         Property Division
         240 Old Country Rd.
         Mineola, New York 11501

PLEASE TAKE NOTICE that you are hereby required to produce on the Show Cause hearing of this matter on November 1, 2018 at 11:15 a.m. at the United States District Court, Eastern District of New York, 100 Federal Plaza, Courtroom 1010, Central Islip, New York, the original of the following documents, to wit:

1. Identify, and produce at trial, person with knowledge and information regarding the policies and procedures of the Nassau County Sheriff related to return, storage and destruction of all longarms currently in effect and all documents related thereto.

Dated: Garden City, New York
          October 26, 2018

                                                La Reddola, Lester & Associates, LLP

                                                _____
                                                By: Robert J. La Reddola, Esq.
                                                *Attorneys for Plaintiff*
                                                600 Old Country Road - Suite 230
                                                Garden City, New York 11530
                                                (516) 745-1951